# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>JONATHAN WAYNE CARTER,<br><br>Defendant. | Case No. 3:18-cr-00016-LRH<br><br>**MOTION TO SEAL AND ORDER THEREON** |

The United States of America hereby moves this Honorable Court to seal the restitution list that is a part of the judgment in the above-referenced case given that it refers by name to a minor victim relating to the charges to which the defendant pleaded guilty in this case. The undersigned represents that defendant's counsel has no objection to this motion requesting sealing of the restitution list.

Dated this 30th day of January, 2019.

NICHOLAS A. TRUTANICH
United States Attorney

  /s/ James E. Keller
JAMES E. KELLER
Assistant United States Attorney

Based upon the foregoing motion of the government, and good cause appearing,

IT IS ORDERED that the restitution list that is part of the judgment in this case is SEALED.

IT IS SO ORDERED.

Dated this 31st day of January, 2019.

HON. LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

1